UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.

| | |
|---|---|
| F&M TOOL & PLASTICS, INC., )<br>        Plaintiff    )<br>                    )<br>v.                  )<br>                    )   Jury Trial Demanded<br>DENNIS CONTIC d/b/a D&S SALES, )<br>        Defendant   ) | |

## NOTICE OF REMOVAL FROM THE SUPERIOR COURT DEPARTMENT OF THE COMMONWEALTH OF MASSACHUSETTS IN AND FOR WORCESTER COUNTY TO THE UNITED STATES DISTRICT COURT

Defendant Dennis Contic, d/b/a D&S Sales ("Defendant"), by and through his undersigned counsel and the law firm of Bowditch & Dewey, LLP, hereby files this Notice of Removal to remove the above-captioned action from the Superior Court Department of the Trial Court, Worcester Division.  As grounds for the removal, the Defendant states as follows:

1.     On June 19, 2012, the Plaintiff initiated this action against the Defendant via the filing of a Complaint in the Superior Court Department of the Trial Court, Worcester Division (Docket No. 12-1209).  A true and accurate copy of the Summons and Complaint, which were served on the Defendant on September 12, 2012, are attached hereto as Exhibit 1 and incorporated herein by reference.

2.     The Plaintiff is a Massachusetts corporation with a principal place of business in Leominster, Massachusetts and therefore, a citizen of Massachusettts.

3.     The Defendant is an individual residing in Showell, Maryland and therefore, a citizen of Maryland.

4. In its Complaint, Plaintiff seeks a declaratory judgment against the Defendant. On this basis, the Defendant believes that if Plaintiff's allegations are true, which Defendant denies, or Plaintiff's request for relief is granted, then the amount in controversy will exceed $75,000.

5. This Court has jurisdiction over this diversity action pursuant to 28 U.S.C. § 1332(a) and the action is therefore removable to this Court pursuant to 28 U.S.C § 1446.

6. This Notice of Removal has been filed within 30 days of service of the initial pleadings on the Defendant.

7. This Notice of Removal has been served this date on the Plaintiff and the Superior Court Department of the Trial Court, Worcester Division as required by 28 U.S.C § 1446(d).

8. In filing this Notice of Removal, the Defendant expressly does not waive any defenses and claims of lack of personal jurisdiction, improper venue, or other defenses that may be available.

WHEREFORE, the Defendant Dennis Contic, d/b/a D&S Sales removes the aforementioned action pending in the Superior Court Department of the Trial Court, Worcester Division at Docket No. 12-1209 to this Court.

    DENNIS CONTIC d/b/a D&S SALES
By Its Attorney,

/s/ Louis M. Ciavarra
Louis M. Ciavarra (BBO #546481)
Bowditch & Dewey, LLP
311 Main Street, P. O. Box 15156
Worcester, MA 01615-0156
Tel. (508) 926-3408
Fax (508) 929-3011
Email: lciavarra@bowditch.com

October 1, 2012

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 1, 2011.

>Richard C. Van Nostrand, Esquire
>Mirick, O'Connell, DeMallie & Lougee, LLP
>1800 West Park Drive, Suite 400
>Westborough, MA 01581-3926

>/s/ Louis M. Ciavarra
>Louis M. Ciavarra