# Exhibit 1

COMMONWEALTH OF MASSACHUSETTS

WORCESTER, SS.
SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
WORCESTER DIVISION
CIVIL ACTION NO. 12-1209 C

F&M TOOL & PLASTICS, INC.,
Plaintiff

V.

DENNIS CONTIC, d/b/a D & S Sales,
Defendant

**COMPLAINT**



1. The Plaintiff F&M Tool & Plastics, Inc., is a corporation duly incorporated in the Commonwealth of Massachusetts with a principal place of business at Leominster, County of Worcester, Massachusetts.

2. The Defendant Dennis Contic is an individual residing in Showell, Maryland. At all times relevant to this Complaint, the Defendant did business as D & S Sales.

3. On or about October 25, 2006, the Plaintiff and Defendant entered into an agreement whereby the Defendant was to serve as an independent sales representative for the Plaintiff in return for the payment of commissions. This agreement was memorialized in the single page document attached to this Complaint as Exhibit A.

4. The aforementioned agreement was for a time period running from August 1, 2006, through August 1, 2007.

5. On and after August 1, 2007, the Plaintiff and Defendant continued their relationship on an at-will basis, terminable by either party.

6. The parties entered into no further written agreement nor did they agree to continue the relationship for any set period of time.

{Practice Areas\LIT\09999\34001\A2027010.DOC}

7. In the spring of 2012, the Plaintiff made several written proposals to the Defendant to continue that relationship. The Defendant rejected all proposals made by the Plaintiff.

8. On or about June 11, 2012, the Plaintiff made a final proposal to the Defendant with an indication that the parties' relationship would terminate if the proposal was not accepted.

9. On or about June 15, 2012, the Defendant rejected the Plaintiff's proposal and the parties' relationship terminated.

10. Despite that termination, the Defendant maintains that the parties' relationship is continuing and that he has the right to continue to represent the Plaintiff in the sale of its products apparently for an indefinite period of time.

11. An actual controversy therefore exists as to the rights of the parties, in particular, whether the Defendant continues as a sales representative for the Plaintiff.

12. The Plaintiff seeks a declaration of the rights of the parties pursuant to Massachusetts General Laws Chapter 231A, Section 1 *et. seq.*

WHEREFORE, the Plaintiff demands a judgment from this Court, declaring that the sales representative relationship between the parties terminated as of June 15, 2012, and for such other and further relief as this Court may deem just and proper.

F&M TOOL & PLASTICS, INC.

By its attorney,

*[signature]*

Richard C. Van Nostrand, Esq.
BBO #507900
Mirick, O'Connell, DeMallie & Lougee, LLP
1800 West Park Drive
Suite 400
Westborough, MA 01581-3926
Phone: (508) 860-1453
Fax:    (508) 207-9347

Dated: June 19, 2012

A

**F & M TOOL & PLASTICS, INC.**
62 Lakeview Street, Leominster, MA 01453  Tel. (978) 840-1897  Fax (978) 840-9578
e-mail address: info@fmtool.com      Tel. 800-883-1673

October 25, 2006

Mr. _____

Dear Mr. _____

This is to confirm appointing your organization  D & S Sales  to represent F&M Tool and Plastics, Inc. to the list of accounts attached (with Petwares plus and other appropriate products). This agreement is effective November 1, 2006.

Your firm will receive commissions for purchases of merchandise by the accounts listed on orders submitted from your assigned account list, within your areas of responsibility. Commissions will be paid by the 15th of the month, following the month that payment was received in full from the customer. Copies of invoices and incoming orders for the products represented by you will be supplied to your firm on a regular basis.

Commissions will be paid on "Net Sales". Net sales are determined as; less freight, deductions, credit for damages, ad allowances and other deductions. The commission rate of 5% of Net Sales sold at authorized prices will be paid on orders shipped as of August 1, 2006 through August 1, 2007 unless specific sell-in accommodations are agreed to, such as reduced commissions. You agree to provide all account contact and schedule information and "best efforts" to settle disputes and aid in collection of receivables as needed.

Please sign and return a copy to our office. Samples and catalogs will be sent to your organization.

It is a pleasure to welcome you and your organization to our team, and we look forward to building a long-lasting and mutually profitable relationship for both our firms.

Sincerely yours,                                              Name and title
                                                             *[signature]*

Jeffrey Chizmas

CEO                                                          Date  10/30/06

---

Post-It Fax Note  7671  | Date 10/30/06 | # of pages 1
To  Mike Nichols        | From  Denny Contic
Co./Dept.  F & M Tool   | Co.  D & S Sales
Phone #                 | Phone # 410-208-3100
Fax #                   | Fax # 410-208-3101

# COMMONWEALTH OF MASSACHUSETTS

Worcester, ss.

Superior Court
Department of the Trial Court
of the Commonwealth
Civil Action

No. 12-1209C

F&M Tool & Plastics, Inc.     Plaintiff (s)

v.

Dennis Contic, d/b/a D & S Sales     Defendant (s)

**SUMMONS**

\* To the above-named Defendant:

You are hereby summoned and required to serve upon Richard C. Van Nostrand, Esq. ................ plaintiff's attorney, whose address is Mirick O'Connell, 1800 West Park Dr., Suite 400, Westborough, MA 01581-3926 ............................ an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the SUPERIOR COURT Department of the Trial Court at WORCESTER either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13 (a), your answer must state as a counter-claim any claim which you may have against the plaintiff which arises out of the transaction of occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, Barbara J. Rouse ██████CCHIO, Esquire, at Worcester, the .....19th............... day of ...June............................................in the year of our Lord two thousand and 2012.

Clerk

NOTES:
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to that particular defendant.

PLEASE CIRCLE TYPE OF ACTION INVOLVED: TORT — MOTOR VEHICLE TORT — CONTRACT EQUITABLE RELIEF — CH. 93A — MEDICAL MALPRACTICE — OTHER.

\* NOTICE TO DEFENDANT: You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein AND also file the original in the Clerk's Office, Superior Court, Room 21.

## PROOF OF SERVICE OF PROCESS

I hereby certify and return that on ..................................................................................................
20............, I served a copy of the within summons, together with a copy of the complaint in this action, upon the within-named defendant, in the following manner (See Mass. R. Civ. P.4(d) (1-5):

..........................................................................................................................................................

..........................................................................................................................................................

..........................................................................................................................................................

Dated: ................................................, 20.................... .

**N.B. TO PROCESS SERVER:**

PLEASE PLACE DATE YOU MAKE SERVICE ON DEFENDANT IN THIS BOX
ON THE ORIGINAL AND ON COPY SERVED ON DEFENDANT.

|  |
|---|
| , 20 |

COMMONWEALTH OF MASSACHUSETTS

Worcester, ss.

Superior Court
Civil Action

No. 12-1209C

F&M Tool & Plastics, Inc. ..................Plaintiff

v.

Dennis Contic, d/b/a D & S Sales ..........Defendant

SUMMONS

(Mass. R. Civ. P. 4)