Commonwealth of Massachusetts
WORCESTER SUPERIOR COURT
Case Summary
Civil Docket

## WOCV2012-01209
## F and M Tool and Plastics Inc v Contic

| | | | |
|---|---|---|---|
| **File Date** | 06/19/2012 | **Status** | Disposed: transfered to other court (dtrans) |
| **Status Date** | 10/01/2012 | **Session** | C - Civil C - Courtroom 26 |
| **Origin** | 1 - Complaint | **Case Type** | D13 - Declaratory judgement (231A) |
| **Track** | A - Average track | **Lead Case** | |

**Jury Trial**  No

### DEADLINES

| | Service | Answer | Rule12/19/20 | Rule 15 | Discovery | Rule 56 | Final PTC | Judgment |
|---|---|---|---|---|---|---|---|---|
| **Served By** | | | 03/03/2013 | 06/06/2013 | 08/08/2014 | 10/10/2014 | | |
| **Filed By** | 11/01/2012 | 12/17/2012 | | | | | | 06/04/2015 |
| **Heard By** | | | | | | | 02/02/2014 | |

### PARTIES

**Plaintiff**
F and M Tool and Plastics Inc
Active 06/19/2012

**Private Counsel 507900**
Richard C Van Nostrand
Mirick O'Connell DeMallie & Loug
1800 West Park Dr., Suite 400
Westborough, MA 01581-3926
Phone: 508-860-1453
Fax: 508-207-9347
Active 06/19/2012 Notify

**Defendant**
Dennis  Contic
Served: 09/12/2012
Served (answr pending) 09/27/2012

**Doing busnss as (alias)**
D and S Sales
Active 06/19/2012

### ENTRIES

| Date | Paper | Text |
|---|---|---|
| 06/19/2012 | 1.0 | Complaint & civil action cover sheet filed |
| 06/19/2012 | | Origin 1, Type D13, Track A. |
| 06/19/2012 | | Filing fee paid in the amount of $275.00 including $15.00 surcharge and $20.00 security fee. |
| 09/12/2012 | 2.0 | Plaintiff F and M Tool and Plastics Inc's MOTION for appointment of special process server Francis J Trapasso |
| 09/12/2012 | | Motion (P#2) Allowed (Lemire, Justice). Notices mailed 9/12/2012 |
| 09/17/2012 | 3.0 | Plaintiff F and M Tool and Plastics Inc's emergency MOTION to extend tracking Order Deadlines |

**Commonwealth of Massachusetts**
**WORCESTER SUPERIOR COURT**
**Case Summary**
**Civil Docket**

## WOCV2012-01209
## F and M Tool and Plastics Inc v Contic

| Date | Paper | Text |
|------|-------|------|
| 09/18/2012 | | Motion (P#3) ALLOWED (Cornelius Moriarty, II, Justice) Notices mailed 9/20/2012 |
| 09/18/2012 | | Tracking deadlines amended: |
| 09/27/2012 | 4.0 | SERVICE RETURNED: Dennis Contic(Defendant) service made 09/12/2012 ( last and usual) |
| 10/01/2012 | 5.0 | Deft. Dennis Contic d/b/a D&S Sales notice of removal to US District Court of Massachusetts |

EVENTS

A true copy by photostatic process
Attest: [signature]
Asst. Clerk

| **CIVIL ACTION COVER SHEET** | TRIAL COURT OF MASSACHUSETTS<br>SUPERIOR COURT DEPARTMENT<br>COUNTY OF   WORCESTER | DOCKET NO. 2 - 1204 C |
|---|---|---|

| **PLAINTIFF(S)** | **DEFENDANT(S)** |
|---|---|
| F&M Tool & Plastics, Inc. | Dennis Contic, d/b/a D & S Sales |

| Plaintiff Atty | Richard C. Van Nostrand, Esq. | Type Defendant's Attorney Name |
|---|---|---|
| Address | 1800 West Park Drive, Suite 400 | Defendant Atty |
| City | Westborough | State MA | Zip Code 01581-3926 | Address |
| | | City | State | Zip Code |
| Tel. | +1 (508) 860-1453 | BBO# | 507,900 | |

**TYPE OF ACTION AND TRACK DESIGNATION** (See reverse side)

| CODE NO. | TYPE OF ACTION (specify) | TRACK | IS THIS A JURY CASE? |
|---|---|---|---|
| D13 Declaratory Judgment G L C 231A - Average Track | | | [ ] Yes   [ ] No |

The following is a full, itemized and detailed statement of the facts on which plaintiff relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

**TORT CLAIMS**
(Attach additional sheets as necessary)

A. Documented medical expenses to date:
1. Total hospital expenses ............................................................. $_____
2. Total doctor expenses ............................................................... $_____
3. Total chiropractic expenses ....................................................... $_____
4. Total physical therapy expenses ................................................. $_____
5. Total other expenses (describe) ................................................. $_____
Subtotal $_____

B. Documented lost wages and compensation to date ...................... $_____
C. Documented property damages to date ..................................... $_____
D. Reasonably anticipated future medical expenses ........................ $_____
E. Reasonably anticipated lost wages and compensation to date ........ $_____
F. Other documented items of damages (describe)
$_____

G. Brief description of plaintiff-s injury, including nature and extent of injury (describe)

Total $_____

**CONTRACT CLAIMS**
(Attach additional sheets as necessary)
Provide a detailed description of claim(s):

| A declaratory judgment is requested determining the rights of the parties. | **TOTAL**   $............... |
|---|---|

PLEASE IDENTIFY, BY CASE NUMBER, NAME AND COUNTY, ANY RELATED ACTION PENDING IN THE SUPERIOR COURT DEPARTMENT

N/A

I hereby certify that I have complied with the requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods.

Signature of Attorney of Record _____   Date: _____

A.O.S.C. 3-2007

# CIVIL ACTION COVER SHEET INSTRUCTIONS
## SELECT CATEGORY THAT BEST DESCRIBES YOUR CASE

| * CONTRACTS | | * REAL PROPERTY | | MISCELLANEOUS | |
|---|---|---|---|---|---|
| A01 Services, Labor and Materials | F) | C01 Land Taking (eminent domain) | (F) | E02 Appeal from Administrative | |
| A02 Goods Sold and Delivered | (F) | C02 Zoning Appeal, G.L. c.40A | (F) | Agency G.L. c. 30A | (X |
| A03 Commercial Paper | (F) | C03 Dispute concerning title | (F) | E03 Claims against Commonwealth | |
| A08 Sale or Lease of Real Estate | (F) | C04 Foreclosure of mortgage | (X) | or Municipality | (A |
| A12 Construction Dispute | (A) | C05 Condominium Lien & Charges | (X) | E05 Confirmation of Arbitration Awards | (X |
| A99 Other (Specify) | (F) | C99 Other (Specify) | (F) | E07 G.L. c.112, s.12S (Mary Moe) | (X |
| E03 Claims against Commonwealth | (A) | E03 Claims against Commonwealth | (A) | E08 Appointment of Receiver | (X |
| or Municipality | | or Municipality | | E09 General Contractor bond, | |
| | | | | G.L. c. 149, ss. 29, 29a | (A |
| *TORT | | EQUITABLE REMEDIES | | E11 Workers Compensation | (X |
| B03 Motor Vehicle Negligence | (F) | D01 Specific Performance of Contract | (A) | E12 G.L.c.123A, s.12 (SDP Commitment) | (X |
| personal injury/property damage | | D02 Reach and Apply | (F) | E14 G.L. c. 123A, s. 9 (SDP Petition) | |
| B04 Other Negligence- | (F) | D06 Contribution or Indemnification | (F) | E15 Abuse Petition, G. L. c. 209A | (X |
| personal injury/property damage | | D07 Imposition of a Trust | (A) | E16 Auto Surcharge Appeal | (X |
| B05 Products Liability | (A) | D08 Minority Stockholder's Suit | (A) | E17 Civil Rights Act, G.L. c.12, s. 11H | (A |
| B06 Malpractice-Medical | (A) | D10 Accounting | (A) | E18 Foreign Discovery Proceeding | (X |
| B07 Malpractice-Other (Specify) | (A) | D12 Dissolution of Partnership | (F) | E19 Sex Offender Registry G.L. c. 178M, | |
| B08 Wrongful Death, G.L. c.229, s.2A | (A) | D13 Declaratory Judgment G.L. c. 231A | (A) | s. 6 | (X |
| B15 Defamation (Libel-Slander) | (A) | D99 Other (Specify) | (F) | E21 Protection from Harassment c 258E | (X |
| B19 Asbestos | (A) | | | E25 Plural Registry (Asbestos cases) | |
| B20 Personal Injury- slip & fall | (A) | | | E95 **Forfeiture G.L. c. 94C, s. 47 | (F |
| B21 Environmental | (F) | | | E96 Prisoner Cases | (F |
| B22 Employment Discrimination | (F) | | | E97 Prisoner Habeas Corpus | (X |
| B99 Other (Specify) | (F) | | | E99 Other (Specify) | (X) |
| E03 Claims against Commonwealth | (A) | | | | |

**\*Claims against the Commonwealth or a municipality are type E03, Average Track, cases.**
**\*\*Claims filed by the Commonwealth pursuant to G L c 94C, s 47 Forfeiture cases are type E95, Fast track.**

TRANSFER YOUR SELECTION TO THE FACE SHEET.

EXAMPLE:

| CODE NO. | TYPE OF ACTION (SPECIFY) | TRACK | IS THIS A JURY CASE? |
|---|---|---|---|
| B03 | Motor Vehicle Negligence-Personal Injury | (F) | [ X ] Yes    [   ] |

### SUPERIOR COURT RULE 29

**DUTY OF THE PLAINTIFF.** The plaintiff or his/her counsel shall set forth, on the face sheet (or attach additional sheets as necessary), a statement specifying in full and itemized detail the facts upon which the plaintiff then relies as constituting money damages. A copy of such civil action cover sheet, including the statement as to the damages, shall be served on the defendant together with the complaint. If a statement of money damages, where appropriate is not filed, the Clerk-Magistrate shall transfer the action as provided in Rule 29(5)(C).

**DUTY OF THE DEFENDANT.** Should the defendant believe the statement of damages filed by the plaintiff in any respect inadequate, he or his counsel may file with the answer a statement specifying in reasonable detail the potential damages which may result should the plaintiff prevail. Such statement, if any, shall be served with the answer.

### A CIVIL ACTION COVER SHEET MUST BE FILED WITH EACH COMPLAINT.

FAILURE TO COMPLETE THIS COVER SHEET THOROUGHLY AND ACCURATELY
MAY RESULT IN DISMISSAL OF THIS ACTION. A true copy by photostatic process

Attest:

Asst. Clerk

COMMONWEALTH OF MASSACHUSETTS

WORCESTER, SS.

SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
WORCESTER DIVISION
CIVIL ACTION NO.   12-1209   C



F&M TOOL & PLASTICS, INC.,
    Plaintiff

V.

DENNIS CONTIC, d/b/a D & S Sales,
    Defendant

**COMPLAINT**

1.     The Plaintiff F&M Tool & Plastics, Inc., is a corporation duly incorporated in the Commonwealth of Massachusetts with a principal place of business at Leominster, County of Worcester, Massachusetts.

2.     The Defendant Dennis Contic is an individual residing in Showell, Maryland.  At all times relevant to this Complaint, the Defendant did business as D & S Sales.

3.     On or about October 25, 2006, the Plaintiff and Defendant entered into an agreement whereby the Defendant was to serve as an independent sales representative for the Plaintiff in return for the payment of commissions.  This agreement was memorialized in the single page document attached to this Complaint as Exhibit A.

4.     The aforementioned agreement was for a time period running from August 1, 2006, through August 1, 2007.

5.     On and after August 1, 2007, the Plaintiff and Defendant continued their relationship on an at-will basis, terminable by either party.

6.     The parties entered into no further written agreement nor did they agree to continue the relationship for any set period of time.

7.    In the spring of 2012, the Plaintiff made several written proposals to the Defendant to continue that relationship.  The Defendant rejected all proposals made by the Plaintiff.

8.    On or about June 11, 2012, the Plaintiff made a final proposal to the Defendant with an indication that the parties' relationship would terminate if the proposal was not accepted.

9.    On or about June 15, 2012, the Defendant rejected the Plaintiff's proposal and the parties' relationship terminated.

10.    Despite that termination, the Defendant maintains that the parties' relationship is continuing and that he has the right to continue to represent the Plaintiff in the sale of its products apparently for an indefinite period of time.

11.    An actual controversy therefore exists as to the rights of the parties, in particular, whether the Defendant continues as a sales representative for the Plaintiff.

12.    The Plaintiff seeks a declaration of the rights of the parties pursuant to Massachusetts General Laws Chapter 231A, Section 1 *et. seq.*

WHEREFORE, the Plaintiff demands a judgment from this Court, declaring that the sales representative relationship between the parties terminated as of June 15, 2012, and for such other and further relief as this Court may deem just and proper.

F&M TOOL & PLASTICS, INC.

By its attorney,

Richard C. Van Nostrand, Esq.
BBO #507900
Mirick, O'Connell, DeMallie & Lougee, LLP
1800 West Park Drive
Suite 400
Westborough, MA  01581-3926
Phone: (508) 860-1453
Fax:     (508) 207-9347

Dated: June 19, 2012

A true copy by photostatic process
Attest: _____
Asst. Clerk

**A**

# F & M TOOL & PLASTICS, INC.

62 Lakeview Street, Leominster, MA  01453   Tel. (978) 840-1897  Fax (978) 840-9578
e-mail address: info@fmtool.com                Tel. 800-883-1673

October 25, 2006

Mr. _____

Dear Mr. _____                                      D + 5 Sales

This is to confirm appointing your organization _____
to represent F&M Tool and Plastics, Inc. to the list of accounts attached (with Petwares
plus and other appropriate products).  This agreement is effective November 1, 2006.

Your firm will receive commissions for purchases of merchandise by the accounts listed
on orders submitted from your assigned account list, within your areas of responsibility.
Commissions will be paid by the 15th of the month, following the month that payment
was received in full from the customer.  Copies of invoices and incoming orders for the
products represented by you will be supplied to your firm on a regular basis.

Commissions will be paid on "Net Sales".  Net sales are determined as; less freight,
deductions, credit for damages, ad allowances and other deductions.  The commission
rate of 5% of Net Sales sold at authorized prices will be paid on orders shipped as of
August 1, 2006 through August 1, 2007 unless specific sell-in accommodations are
agreed to, such as reduced commissions.  You agree to provide all account contact and
schedule information and "best efforts" to settle disputes and aid in collection of
receivables as needed.

Please sign and return a copy to our office.  Samples and catalogs will be sent to your
organization.

It is a pleasure to welcome you and your organization to our team, and we look forward to
building a long-lasting and mutually profitable relationship for both our firms.

Sincerely yours,                                      Name and title

Jeffrey Chizmas

CEO                                          Date  10/30/06

Post-It® Fax Note  7671  Date 10/30/06  # of pages ► 1
To MIKE NICHOLS  From DENNY CONTE
Co./Dept. F & M Tool  Co. D + 5 SALES
Phone #  Phone # 410-203-3100
Fax #  Fax # 410-203-3101

# COMMONWEALTH OF MASSACHUSETTS

Worcester, SS

**Superior Court**
**Civil Action No: 12-1209-C**

|  |  |  |
|---|---|---|
| | ) | **SPECIAL PROCESS SERVER** |
| | ) | **UNDER RULE 4C OF THE** |
| F&M Tool & Plastics, Inc., | ) | **MASSACHUSETTS RULES** |
| | ) | **OF CIVIL PROCEDURE** |
| **Plaintiff(s)** | ) | |
| | ) | **FILED** |
| **v.** | ) | |
| | ) | SEP 1 2 2012 |
| Dennis Contic dba D & S Sales, | ) | |
| **Defendant(s)** | ) | ATTEST: _[signature]_ CLERK |

The Plaintiff moves this Honorable Court to appoint FRANCIS J. TRAPASSO AND/OR HIS/HER AGENTS, a Constable and a qualified and knowledgeable person in the service of court process and not a party to the action to be specially appointed by the court to serve the process in this action under the provision of Rule 4C of the Massachusetts Rules of the civil procedure in order to assure a substantial savings in time.

By its Attorney:

_[signature]_

Richard C. Van Nostrand, Esq.
100 Front Street
Worcester, MA 01608-1477
BBO # 507900

ORDER OF THE COURT APPOINTING A SPECIAL PROCESS SERVER PURSUANT TO RULE 4C, IT IS ORDERED THAT FRANCIS J. TRAPASSO AND/OR HIS/HER AGENTS IS HEREBY APPOINTED A SPECIAL PROCESS SERVER FOR THE ABOVE CAPTIONED CAUSE.

By _[signature]_

Title _[handwritten] Associate Justice_

Court: _Worcester Superior Court_

Date _9/12/12_

_[signature]_ Attest: _[signature]_ First Asst Clerk

A true copy by photostatic process
Attest: _[signature]_
Asst. Clerk

COMMONWEALTH OF MASSACHUSETTS

WORCESTER, SS.

SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
WORCESTER DIVISION
CIVIL ACTION NO. 12-01209 C

F&M TOOL & PLASTICS, INC.,
    Plaintiff

V.

DENNIS CONTIC, d/b/a D & S Sales,
    Defendant

EMERGENCY MOTION TO
EXTEND TRACKING
ORDER DEADLINES      **FILED**

SEP 1 7 2012

ATTEST: _____ CLERK

        Pursuant to Standing Order 1-88D, the plaintiff hereby moves to extend the tracking

order deadlines by 30 days and ask the Court to issue a new tracking order.  As grounds for this

motion, the plaintiff states the following:

    1.    Prior to filing the Complaint, counsel for the plaintiff had communications with

counsel for the defendant.

    2.    The defendant is located in Maryland.  The defendant's counsel is located in

Pennsylvania.

    3.    The Complaint in the present action was filed on June 19, 2010.

    4.    Immediately after filing of the Complaint, counsel for the plaintiff had

communications with counsel for the defendant notifying him of the filing and requesting that

the defendant accept service or that he accept service on behalf of the defendant.  If he was

unwilling to do so, counsel for the plaintiff requested notification so that formal service could be

made.  A true copy of that communication is attached hereto as Exhibit A.

    5.    Counsel for the defendant made no response whatsoever.

9/18/12

Notices Mailed

(Practice Areas\LIT\23802\00004\A2094713.DOC)

6.    In the absence of response, the plaintiff made arrangements for formal service upon the defendant in Maryland.

7.    Service was made upon the defendant on September 12, 2012.  A fax copy of that return is attached hereto as Exhibit B.

8.    The original return of service, however, has not yet been received.

9.    Pursuant to the Tracking Order for this case, service of process must be made and the return filed with the Court by September 17, 2012, and the response to the complaint filed by October 17, 2012.

10.    The plaintiff requests that the deadline for the filing of the return of service be extended thirty (30) days until October 17, 2012, and all other pre-discovery deadlines be modified accordingly.  The plaintiff **does not** request that the established dates for the completion of discovery, summary judgment motions, the pretrial conference or the date of resolution be modified.

For the foregoing reasons, the plaintiffs request that this Motion to Extend Tracking Order Deadlines be granted as indicated.

F&M TOOL & PLASTICS, INC.

By its attorney,

Richard C. Van Nostrand, Esq.
BBO #507900
Mirick, O'Connell, DeMallie & Lougee, LLP
1800 West Park Drive
Suite 400
Westborough, MA  01581-3926
Phone: (508) 860-1453
Fax:    (508) 207-9347

Dated: September 17, 2012

<u>CERTIFICATE OF SERVICE</u>

    I, Richard C. Van Nostrand, hereby certify that I have this day served a copy of the foregoing document, by first class mail, postage prepaid, to the defendant Dennis Contic, 56 Offshore Lane, Berlin, MD 21811.

                                         Richard C. Van Nostrand

Dated:  September 17, 2012

A true copy by photostatic process
Attest:
Asst. Clerk

## Van Nostrand, Richard C.

| | |
|---|---|
| **From:** | Mahan, Christine A. |
| **Sent:** | Wednesday, June 20, 2012 9:16 AM |
| **To:** | 'dmjacob@dennisboylelaw.com' |
| **Cc:** | Van Nostrand, Richard C. |
| **Subject:** | Please see attached from Attorney Van Nostrand - thank you. |
| **Attachments:** | Ltr. to Attorney D. Jacob w-Complaint, Summons (A2027945).PDF |

Dear Mr. Jacob,

Attached please find correspondence from Attorney Van Nostrand regarding F&M Tool & Plastics, Inc. and Dennis Contic, d/b/a D&S Sales.  Thank you.

## MIRICK O'CONNELL

A T T O R N E Y S   A T   L A W

**Chris Mahan** | Legal Administrative Assistant
to Richard C. Van Nostrand | Carolyn C. Van Tine | Jennifer F. Liddell
Mirick, O'Connell, DeMallie & Lougee, LLP
1800 West Park Drive | Westborough | MA |  01581
t 508.860.1440
f 508.898.1502
cmahan@mirickoconnell.com

**Please visit our website:**
www.mirickoconnell.com

# MIRICK O'CONNELL

A T T O R N E Y S   A T   L A W

Richard C. Van Nostrand
Mirick O'Connell
1800 West Park Drive, Suite 400
Westborough, MA 01581-3926
rvannostrand@mirickoconnell.com
t 508.860.1453
f 508.207.9347

June 20, 2012

Devon M. Jacob, Esq.
Boyle, Autry & Murphy
4660 Trindle Road
Suite 200
Camp Hill, PA 17011

Re: F&M Tool & Plastics, Inc. v. Dennis Contic, d/b/a D & S Sales
Worcester Superior Court

Dear Attorney Jacob:

I am in receipt of your email on behalf of Dennis Contic and D & S Sales rejecting our final offer of agreement. Accordingly, the parties' relationship terminated as of the close of business on June 15, 2012. F&M Tool & Plastics, Inc., will pay your client commissions up to August 13, 2012, as stated in my previous letter.

In light of your inaccurate statement that your client believes that a continuing relationship with my client exists, we have filed the enclosed Complaint seeking a declaratory judgment determining the rights of the parties from the Worcester Superior Court. Please advise if your client will accept service or whether we have to undertake more formal means of process.

Very truly yours,

Richard C. Van Nostrand

RVN/cam
Enclosure

cc: F&M Tool & Plastics, Inc.

COMMONWEALTH OF MASSACHUSETTS

WORCESTER, SS.

SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
WORCESTER DIVISION
CIVIL ACTION NO. 12-1209 C

F&M TOOL & PLASTICS, INC.,
    Plaintiff

    V.

DENNIS CONTIC, d/b/a D & S Sales,
    Defendant

**COMPLAINT**


RECEIVED JUN 19 2012 CLERK OF COURTS WORCESTER COUNTY

1.    The Plaintiff F&M Tool & Plastics, Inc., is a corporation duly incorporated in the Commonwealth of Massachusetts with a principal place of business at Leominster, County of Worcester, Massachusetts.

2.    The Defendant Dennis Contic is an individual residing in Showell, Maryland. At all times relevant to this Complaint, the Defendant did business as D & S Sales.

3.    On or about October 25, 2006, the Plaintiff and Defendant entered into an agreement whereby the Defendant was to serve as an independent sales representative for the Plaintiff in return for the payment of commissions. This agreement was memorialized in the single page document attached to this Complaint as Exhibit A.

4.    The aforementioned agreement was for a time period running from August 1, 2006, through August 1, 2007.

5.    On and after August 1, 2007, the Plaintiff and Defendant continued their relationship on an at-will basis, terminable by either party.

6.    The parties entered into no further written agreement nor did they agree to continue the relationship for any set period of time.

{Practice Areas\LIT\09999\J4001\A2027010.DOC}

7.     In the spring of 2012, the Plaintiff made several written proposals to the Defendant to continue that relationship.  The Defendant rejected all proposals made by the Plaintiff.

8.     On or about June 11, 2012, the Plaintiff made a final proposal to the Defendant with an indication that the parties' relationship would terminate if the proposal was not accepted.

9.     On or about June 15, 2012, the Defendant rejected the Plaintiff's proposal and the parties' relationship terminated.

10.    Despite that termination, the Defendant maintains that the parties' relationship is continuing and that he has the right to continue to represent the Plaintiff in the sale of its products apparently for an indefinite period of time.

11.    An actual controversy therefore exists as to the rights of the parties, in particular, whether the Defendant continues as a sales representative for the Plaintiff.

12.    The Plaintiff seeks a declaration of the rights of the parties pursuant to Massachusetts General Laws Chapter 231A, Section 1 *et. seq.*

WHEREFORE, the Plaintiff demands a judgment from this Court, declaring that the sales representative relationship between the parties terminated as of June 15, 2012, and for such other and further relief as this Court may deem just and proper.

F&M TOOL & PLASTICS, INC.

By its attorney,

Richard C. Van Nostrand, Esq.
BBO #507900
Mirick, O'Connell, DeMallie & Lougee, LLP
1800 West Park Drive
Suite 400
Westborough, MA  01581-3926
Phone: (508) 860-1453
Fax:    (508) 207-9347

Dated: June 19, 2012

**A**

**F & M TOOL & PLASTICS, INC.**
62 Lakeview Street, Leominster, MA. 01453  Tel. (978) 840-1897 Fax (978) 840-9578
e-mail address: info@fmtool.com         Tel. 800-883-1673

October 25, 2006

Mr. _____

Dear Mr: _____                                    *D + S Sales*

This is to confirm appointing your organization _____ to the list of accounts attached (with Petwares plus and other appropriate products). This agreement is effective November 1, 2006.

Your firm will receive commissions for purchases of merchandise by the accounts listed on orders submitted from your assigned account list, within your areas of responsibility. Commissions will be paid by the 15th of the month, following the month that payment was received in full from the customer. Copies of invoices and incoming orders for the products represented by you will be supplied to your firm on a regular basis.

Commissions will be paid on "Net Sales". Net sales are determined as; less freight, deductions, credit for damages, ad allowances and other deductions. The commission rate of 5% of Net Sales sold at authorized prices will be paid on orders shipped as of August 1, 2006 through August 1, 2007 unless specific sell-in accommodations are agreed to, such as reduced commissions. You agree to provide all account contact and schedule information and "best efforts" to settle disputes and aid in collection of receivables as needed.

Please sign and return a copy to our office. Samples and catalogs will be sent to your organization.

It is a pleasure to welcome you and your organization to our team, and we look forward to building a long-lasting and mutually profitable relationship for both our firms.

Sincerely yours,                                      Name and title

Jeffrey Chizmas

CEO                                        Date  10/30/06

Post-it® Fax Note  7671  Date 10/30/06  # of pages ► 1
To MIKE NICHOLS  From DENNY COUTIE
Co./Dept. F M TOOL  Co. D & S SALES
Phone #  Phone # 410-288-3100
Fax #  Fax # 410-288-3101

## COMMONWEALTH OF MASSACHUSETTS

Worcester, ss.

Superior Court
Department of the Trial Court
of the Commonwealth
Civil Action

No. 12-1209C

)
)
)
F&M Tool & Plastics, Inc.          Plaintiff (s)   )
                                                   )      **SUMMONS**
              v.                                   )
                                                   )
                                                   )
Dennis Contic, d/b/a D & S Sales                   )
                              Defendant (s)        )

✻    To the above-named Defendant:

    You are hereby summoned and required to serve upon ................................
Richard C. Van Nostrand, Esq. .................................... plaintiff's **attorney**,
whose address is Mirick O'Connell, 1800 West Park Dr., Suite 400, ..............
Westborough, MA 01581-3926 ...........................................................
an answer to the complaint which is herewith served upon you, within 20 **days after**
service of this summons upon you, exclusive of the day of service. If you fail **to do so**,
judgement by default will be taken against you for the relief demanded in the **complaint**.
You are also required to file your answer to the complaint in the SUPERIOR COURT
Department of the Trial Court at WORCESTER either before service upon **plaintiff's**
attorney or within a reasonable time thereafter.

    Unless otherwise provided by Rule 13 (a), your answer must state as a **counter-**
claim any claim which you may have against the plaintiff which arises out **of the**
transaction or occurrence that is the subject matter of the plaintiff's claim **or you will**
thereafter be barred from making such claim in any other action.

    Barbara J. Rouse
Witness, SU~~XXXXXXXXXX~~CCHIO. Esquire, at Worcester, the ....**19th**...............
day of ..**June**..................................................in the year of our Lord two thousand  and
**2012**...................

_(signature)_

**Clerk**

NOTES:
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption.
   If a separate summons is used for each defendant, each should be addressed to that particular defendant.

    PLEASE CIRCLE TYPE OF ACTION INVOLVED: TORT — MOTOR VEHICLE TORT —
CONTRACT EQUITABLE RELIEF — CH. 93A — MEDICAL MALPRACTICE — OTHER.

✻    NOTICE TO DEFENDANT: You need not appear personally in court to answer the complaint, but
if you claim to have a defense, either you or your attorney must serve a copy of your written
answer within 20 days as specified herein AND also file the original in the Clerk's Office, Superior
Court, Room 21.

## PROOF OF SERVICE OF PROCESS

I hereby certify and return that on ....................................................................................................
20..............., I served a copy of the within summons, together with a copy of the complaint in this action, upon the within-named defendant, in the following manner (See Mass. R. Civ. P.4(d) (1-5):

................................................................................................................................................
................................................................................................................................................
................................................................................................................................................

Dated: ......................................................, 20.....................

**N.B. TO PROCESS SERVER:**

PLEASE PLACE **DATE** YOU MAKE SERVICE ON DEFENDANT IN THIS BOX
**ON THE ORIGINAL AND ON COPY SERVED ON DEFENDANT.**

|  |
|---|
| , **20** |

COMMONWEALTH OF MASSACHUSETTS

Worcester, ss.

Superior Court
Civil Action

No.   12-1209C

R&M Tool & Plastics, Inc. ..................Plaintiff

v.

Dennis Contic, d/b/a D & S Sales ..........Defendant

SUMMONS

(Mass. R. Civ. P. 4)

**ABCO INVESTIGATIONS, LLC**
**Private Detective Agency**
**P.O. Box 1495**
**Berlin, MD 21811**
**443-513-4198**
www.abcoinvestigations.com
**AFFIDAVIT OF PROCESS SERVICE**

Commonwealth of Massachusetts - Worcester Division
_____
(Name of Court)

F&M Tool & Plastics, Inc.        Dennis Contic, dba D&S Sales     Case No. 12-1209C

Plaintiff / Petitioner        vs        Defendant / Respondent

I, Gerald Gallicchio, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was Effected, I was authorized by law to perform said service.

SERVICE : I served _____ Dennis Contic _____
Name of Person / Entity Being Served

With (list documents) _____ Summons & Complaint _____
At _____

by leaving with _____
Name                              Relationship

X Residence  5b Offshore Lane        Berlin, MD 21811
Address                              City & State

◇ Business _____
Address              City & State

On  9/12/12   at   7am          9/12/12
Date                Time          Date

Thereafter copies of the documents were mailed by prepaid, first class mail on _____
Date

From  Berlin   MD   21811
City      State      Zip

**Manner of Service :**
X Personal : By personally delivering copies to the person being served.
◇ Substituted at Residence: By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of _____ and explaining the general nature of the papers.
◇ Substituted at Business: By leaving during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
◇ Posting: By posting copies in a conspicuous manner to the front of the person/entity being served.
◇ Non-Service: After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person / entity being served because of the following reasons:

◇ Unknown at Address        ◇ Moved, Left no Forwarding     ◇ Service Cancelled by Litigant
◇ Unable to Serve in a Timely Fashion     ◇ Address Does Not Exist        ◇ Other _____

Service Attempts: Service was attempted on: (1) _____        (2) _____
Date & Time                      Date & Time

(3) _____
Date & Time

_____
SIGNATURE OF PROCESS SERVER

9-12-12

Subscribed AND SWORN to before me this  12TH  day of  Sept.  2012

NOTARY PUBLIC for the state of MARYLAND.

Signature of Notary Public    TIMOTHY KEANE
NOTARY PUBLIC STATE OF MARYLAND
MY COMMISSION EXPIRES JANUARY 4, 2014

# COMMONWEALTH OF MASSACHUSETTS

Worcester, ss.

Superior Court
Department of the Trial Court
of the Commonwealth
Civil Action

No. 12-1209C

)
)
)
F&M Tool & Plastics, Inc.          Plaintiff (s)    )
)
v.                                                )
)
)
Dennis Contic, d/b/a D & S Sales                  )
                                   Defendant (s)   )

**SUMMONS** FILED

SEP 27 2012

ATTEST: _____ CLERK

To the above-named Defendant:

You are hereby summoned and required to serve upon ...................................
Richard C. Van Nostrand, Esq. ........................................... plaintiff's attorney,
whose address is Mirick O'Connell, 1800 West Park Dr., Suite 400, Westborough, MA 01581-3926.
an answer to the complaint which is herewith served upon you, within 20 **days after** service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the SUPERIOR COURT Department of the Trial Court at WORCESTER either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13 (a), your answer must state as a counter-claim any claim which you may have against the plaintiff which arises out of the transaction of occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Barbara J. Rouse
Witness, SUSAN VERDI VECCHIO, Esquire, at Worcester, the.....**19th**............
day of .........**June**...........................................in the year of our Lord two thousand and **2012**
........................ .

**Clerk**

NOTES:
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption.
   If a separate summons is used for each defendant, each should be addressed to that particular defendant.

PLEASE CIRCLE TYPE OF ACTION INVOLVED: TORT — MOTOR VEHICLE TORT — CONTRACT EQUITABLE RELIEF — CH. 93A — MEDICAL MALPRACTICE — OTHER.

NOTICE TO DEFENDANT: You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein AND also file the original in the Clerk's Office, Superior Court, Room 21.

A true copy by photostatic process

Asst. Clerk

# ABCO INVESTIGATIONS, LLC
## Private Detective Agency
P.O. Box 1495
Berlin, MD 21811
443-513-4198
www.abcoinvestigations.com
## AFFIDAVIT OF PROCESS SERVICE

_Commonwealth of Massachusetts - Worcester Division_

(Name of Court)

_F&M tool & Plastics, Inc._ VS _Dennis Cmtic, dba D&S Sales_ Case No. _12-1209C_

Plaintiff / Petitioner _____ Defendant / Respondent

I _Gerald Gallicchio_, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was Effected, I was authorized by law to perform said service.

SERVICE : I served _Dennis Cmtic_

Name of Person / Entity Being Served

With (list documents) _Summons & Complaint_

by leaving with _____ At

Name                    Relationship

X Residence _56 Offshore Lani    Berlin, MD 21811_

Address              City & State

◇ Business _____

Address              City & State

On _9/12/12_ at _10:47am_

Date          Time

Thereafter copies of the documents were mailed by prepaid, first class mail on _9/12/12_

Date

From _Berlin    MD    21811_

City     State     Zip

Manner of Service :
X Personal : By personally delivering copies to the person being served.
◇ Substituted at Residence: By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of _____ and explaining the general nature of the papers.
◇ Substitued at Business: By leaving during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
◇ Posting: By posting copies in a conspicuous manner to the front of the person/entity being served.
Non-Service: After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person / entity being served because of the following reasons:

◇ Unknown at Address     ◇ Moved, Left no Forwarding     ◇ Service Cancelled by Litigant
◇ Unable to Serve in a Timely Fashion     ◇ Address Does Not Exist     ◇ Other _____

Service Attempts: Service was attempted on: (1) _____ (2) _____

Date & Time          Date & Time

(3) _____

Date & Time

_Gerald M Dalliccbi_

SIGNATURE OF PROCESS SERVER

TK-
9-12-12

Subscribed AND SWORN to before me this _12th_ day of _Sept_, 2012

NOTARY PUBLIC for the state of MARYLAND.

Signature of Notary Public     TIMOTHY KEANE

NOTARY PUBLIC STATE OF MARYLAND
MY COMMISSION EXPIRES JANUARY 6, 2014

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.

F&M TOOL & PLASTICS, INC.,          )
      Plaintiff          )
           )
v.          )
           )  Jury Trial Demanded
DENNIS CONTIC d/b/a D&S SALES,          )
      Defendant          )

**FILED**

OCT 01 2012

ATTEST: _____ CLERK

## NOTICE OF REMOVAL FROM THE SUPERIOR COURT DEPARTMENT OF THE COMMONWEALTH OF MASSACHUSETTS IN AND FOR WORCESTER COUNTY TO THE UNITED STATES DISTRICT COURT

Defendant Dennis Contic, d/b/a D&S Sales ("Defendant"), by and through his undersigned counsel and the law firm of Bowditch & Dewey, LLP, hereby files this Notice of Removal to remove the above-captioned action from the Superior Court Department of the Trial Court, Worcester Division. As grounds for the removal, the Defendant states as follows:

1.      On June 19, 2012, the Plaintiff initiated this action against the Defendant via the filing of a Complaint in the Superior Court Department of the Trial Court, Worcester Division (Docket No. 12-1209). A true and accurate copy of the Summons and Complaint, which were served on the Defendant on September 12, 2012, are attached hereto as Exhibit 1 and incorporated herein by reference.

2.      The Plaintiff is a Massachusetts corporation with a principal place of business in Leominster, Massachusetts and therefore, a citizen of Massachusettts.

3.      The Defendant is an individual residing in Showell, Maryland and therefore, a citizen of Maryland.

4.    In its Complaint, Plaintiff seeks a declaratory judgment against the Defendant. On this basis, the Defendant believes that if Plaintiff's allegations are true, which Defendant denies, or Plaintiff's request for relief is granted, then the amount in controversy will exceed $75,000.

5.    This Court has jurisdiction over this diversity action pursuant to 28 U.S.C. § 1332(a) and the action is therefore removable to this Court pursuant to 28 U.S.C § 1446.

6.    This Notice of Removal has been filed within 30 days of service of the initial pleadings on the Defendant.

7.    This Notice of Removal has been served this date on the Plaintiff and the Superior Court Department of the Trial Court, Worcester Division as required by 28 U.S.C § 1446(d).

8.    In filing this Notice of Removal, the Defendant expressly does not waive any defenses and claims of lack of personal jurisdiction, improper venue, or other defenses that may be available.

WHEREFORE, the Defendant Dennis Contic, d/b/a D&S Sales removes the aforementioned action pending in the Superior Court Department of the Trial Court, Worcester Division at Docket No. 12-1209 to this Court.

I hereby certify on *10-2-12* that the
foregoing document is true and correct copy of the
☐ electronic docket in the captioned case
☑ electronically filed original filed on *10-1-12*
☐ original filed in my office on _____
Sarah A. Thornton
Clerk, U.S. District Court
District of Massachusetts

By: _____
Deputy Clerk

October 1, 2012

DENNIS CONTIC d/b/a D&S SALES
By Its Attorney,

/s/ Louis M. Ciavarra
Louis M. Ciavarra (BBO #546481)
Bowditch & Dewey, LLP
311 Main Street, P. O. Box 15156
Worcester, MA 01615-0156
Tel. (508) 926-3408
Fax (508) 929-3011
Email: lciavarra@bowditch.com

A true copy by photostatic process
Attest _____
Asst. Clerk

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically

to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper

copies will be sent to those indicated as non-registered participants on October 1, 2011.

> Richard C. Van Nostrand, Esquire
> Mirick, O'Connell, DeMallie & Lougee, LLP
> 1800 West Park Drive, Suite 400
> Westborough, MA 01581-3926

> /s/ Louis M. Ciavarra
> Louis M. Ciavarra

*10/1*

COMMONWEALTH OF MASSACHUSETTS
SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT

WORCESTER, SS                                     CIVIL ACTION NO. 12-1209

|  |  |  |
|---|---|---|
| F&M TOOL & PLASTICS, INC., | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | **NOTICE OF FILING** |
| | ) | **NOTICE OF REMOVAL** |
| DENNIS CONTIC, d/b/a D&S SALES, | ) | |
| Defendant | ) | |

Pursuant to 28 U.S.C. § 1332(a) and 28 U.S.C. §1446, Defendant, Dennis Contic, d/b/a

D&S Sales, gives notice that on October 1, 2012, it filed a Notice of Removal of this action with

the United States District Court for the District of Massachusetts, to remove the civil action

previously docketed as F&M Tool & Plastics, Inc. v. Dennis Contic d/b/a/ D&S Sales, No. 12-

1209, in the Superior Court Department of the Trial Court, Worcester Division. A copy of the

Defendant's Notice of Removal with notice of electronic filing, as filed with the United States

District Court, is attached hereto as Exhibit A.

                                        DENNIS CONTIC d/b/a D&S SALES
                                        By Its Attorney,


                                        _____
                                        Louis M. Ciavarra (BBO #546481)
                                        Bowditch & Dewey, LLP
                                        311 Main Street, P. O. Box 15156
                                        Worcester, MA 01615-0156
                                        Tel. (508) 926-3408
                                        Fax (508) 929-3011
                                        Email: lciavarra@bowditch.com

October 1, 2012

CERTIFICATE OF SERVICE

I, Louis M. Ciavarra, do hereby certify that on October 1, 2012, I served a true and correct copy of the foregoing Notice of Filing Notice of Removal, via U.S. First Class mail, postage prepaid, addressed as follows:

Richard C. Van Nostrand, Esquire
Mirick, O'Connell, DeMallie & Lougee, LLP
1800 West Park Drive, Suite 400
Westborough, MA 01581-3926

Louis M. Ciavarra

# Exhibit A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.

12-1209C

| | |
|---|---|
| F&M TOOL & PLASTICS, INC.,<br>Plaintiff | ) <br> ) <br> ) |
| v. | ) <br> ) |
| | )   Jury Trial Demanded |
| DENNIS CONTIC d/b/a D&S SALES,<br>Defendant | ) <br> ) |

## NOTICE OF REMOVAL FROM THE SUPERIOR COURT DEPARTMENT OF THE COMMONWEALTH OF MASSACHUSETTS IN AND FOR WORCESTER COUNTY TO THE UNITED STATES DISTRICT COURT

Defendant Dennis Contic, d/b/a D&S Sales ("Defendant"), by and through his undersigned counsel and the law firm of Bowditch & Dewey, LLP, hereby files this Notice of Removal to remove the above-captioned action from the Superior Court Department of the Trial Court, Worcester Division. As grounds for the removal, the Defendant states as follows:

1.      On June 19, 2012, the Plaintiff initiated this action against the Defendant via the filing of a Complaint in the Superior Court Department of the Trial Court, Worcester Division (Docket No. 12-1209). A true and accurate copy of the Summons and Complaint, which were served on the Defendant on September 12, 2012, are attached hereto as Exhibit 1 and incorporated herein by reference.

2.      The Plaintiff is a Massachusetts corporation with a principal place of business in Leominster, Massachusetts and therefore, a citizen of Massachusettts.

3.      The Defendant is an individual residing in Showell, Maryland and therefore, a citizen of Maryland.

4.      In its Complaint, Plaintiff seeks a declaratory judgment against the Defendant.  On this basis, the Defendant believes that if Plaintiff's allegations are true, which Defendant denies, or Plaintiff's request for relief is granted, then the amount in controversy will exceed $75,000.

5.      This Court has jurisdiction over this diversity action pursuant to 28 U.S.C. § 1332(a) and the action is therefore removable to this Court pursuant to 28 U.S.C § 1446.

6.      This Notice of Removal has been filed within 30 days of service of the initial pleadings on the Defendant.

7.      This Notice of Removal has been served this date on the Plaintiff and the Superior Court Department of the Trial Court, Worcester Division as required by 28 U.S.C § 1446(d).

8.      In filing this Notice of Removal, the Defendant expressly does not waive any defenses and claims of lack of personal jurisdiction, improper venue, or other defenses that may be available.

WHEREFORE, the Defendant Dennis Contic, d/b/a D&S Sales removes the aforementioned action pending in the Superior Court Department of the Trial Court, Worcester Division at Docket No. 12-1209 to this Court.

                                        DENNIS CONTIC d/b/a D&S SALES
                                        By Its Attorney,


                                        /s/ Louis M. Ciavarra
                                        Louis M. Ciavarra (BBO #546481)
                                        Bowditch & Dewey, LLP
                                        311 Main Street, P. O. Box 15156
                                        Worcester, MA 01615-0156
                                        Tel. (508) 926-3408
                                        Fax (508) 929-3011
                                        Email:  lciavarra@bowditch.com

October 1, 2012

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically

to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper

copies will be sent to those indicated as non-registered participants on October 1, 2011.

> Richard C. Van Nostrand, Esquire
> Mirick, O'Connell, DeMallie & Lougee, LLP
> 1800 West Park Drive, Suite 400
> Westborough, MA 01581-3926

/s/ Louis M. Ciavarra
Louis M. Ciavarra

# Exhibit 1

Case 4:12-cv-40134   Document 1-1   Filed 10/01/12   Page 2 of 8

COMMONWEALTH OF MASSACHUSETTS

WORCESTER, SS.

SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
WORCESTER DIVISION
CIVIL ACTION NO. 12-1209 C

F&M TOOL & PLASTICS, INC.,
Plaintiff

V.

DENNIS CONTIC, d/b/a D & S Sales,
Defendant

COMPLAINT



1.      The Plaintiff F&M Tool & Plastics, Inc., is a corporation duly incorporated in the Commonwealth of Massachusetts with a principal place of business at Leominster, County of Worcester, Massachusetts.

2.      The Defendant Dennis Contic is an individual residing in Showell, Maryland.  At all times relevant to this Complaint, the Defendant did business as D & S Sales.

3.      On or about October 25, 2006, the Plaintiff and Defendant entered into an agreement whereby the Defendant was to serve as an independent sales representative for the Plaintiff in return for the payment of commissions.  This agreement was memorialized in the single page document attached to this Complaint as Exhibit A.

4.      The aforementioned agreement was for a time period running from August 1, 2006, through August 1, 2007.

5.      On and after August 1, 2007, the Plaintiff and Defendant continued their relationship on an at-will basis, terminable by either party.

6.      The parties entered into no further written agreement nor did they agree to continue the relationship for any set period of time.

{Practice Areas\bLIT\09997\3460\IA2027010.DOC}

7.    In the spring of 2012, the Plaintiff made several written proposals to the Defendant to continue that relationship. The Defendant rejected all proposals made by the Plaintiff.

8.    On or about June 11, 2012, the Plaintiff made a final proposal to the Defendant with an indication that the parties' relationship would terminate if the proposal was not accepted.

9.    On or about June 15, 2012, the Defendant rejected the Plaintiff's proposal and the parties' relationship terminated.

10.   Despite that termination, the Defendant maintains that the parties' relationship is continuing and that he has the right to continue to represent the Plaintiff in the sale of its products apparently for an indefinite period of time.

11.   An actual controversy therefore exists as to the rights of the parties, in particular, whether the Defendant continues as a sales representative for the Plaintiff.

12.   The Plaintiff seeks a declaration of the rights of the parties pursuant to Massachusetts General Laws Chapter 231A, Section 1 *et. seq.*

WHEREFORE, the Plaintiff demands a judgment from this Court, declaring that the sales representative relationship between the parties terminated as of June 15, 2012, and for such other and further relief as this Court may deem just and proper.

F&M TOOL & PLASTICS, INC.

By its attorney,

Richard C. Van Nostrand, Esq.
BBO #507900
Mirick, O'Connell, DeMallie & Lougee, LLP
1800 West Park Drive
Suite 400
Westborough, MA  01581-3926
Phone: (508) 860-1453
Fax:    (508) 207-9347

Dated: June 19, 2012

{Practice Area\LIT\0999\0400\VA2027010.DOC}

3

**A**

# P & M TOOL & PLASTICS, INC.

62 Lakeview Street, Leominster, MA  01453  Tel (978) 840-1897  Fax (978) 840-2575
e-mail address: info@pmtool.com          Tel. 800-385-1673.

October 25, 2006

Mr. _____

Dear Mr. _____

This is to confirm appointing your organization _____ *D & S Sales* _____ to represent P&M Tool and Plastics, Inc. to the list of accounts attached (with Paiwares, plus and other appropriate products).  This agreement is effective November 1, 2006.

Your firm will receive commissions for purchases of merchandise by the accounts listed on orders submitted from your assigned account list, within your area of responsibility. Commissions will be paid by the 15th of the month, following the month that payment was received in full from the customer.  Copies of invoices and incoming orders for the products represented by you will be supplied to your firm on a regular basis.

Commissions will be paid on "Net Sales".  Net sales are determined as less freight deductions, credit for damages, ad allowances and other deductions.  The commission rate of 5% of Net Sales sold at authorized prices will be paid on orders shipped as of August 1, 2006 through August 1, 2007 unless specific sell-in accommodations are agreed to, such as reduced commissions.  You agree to provide all account contact and schedule information and "best efforts" to settle disputes and aid in collection of receivables as needed.

Please sign and return a copy to our office.  Samples and catalogs will be sent to your organization.

It is a pleasure to welcome you and your organization to our team, and we look forward to building a long-lasting and mutually profitable relationship for both our firms.

Sincerely yours,

Name and title

Jeffrey Chizmas

CEO

Date  10/30/06

| Post-It® Fax Note | 7671 | Date 10/30/06 | #of pages ► 1 |
|---|---|---|---|
| To MISS NICHOLS | | From DENNY CONTIS | |
| Co./Dept. P & M TOOL | | Co. D & S SALES | |
| Phone # | | Phone # 410-208-3100 | |
| Fax # | | Fax # 410-208-3101 | |

# COMMONWEALTH OF MASSACHUSETTS

Worcester, ss.

Superior Court
Department of the Trial Court
of the Commonwealth
Civil Action

No.  12-1209C

F&M Tool & Plastics, Inc.                  Plaintiff (s)

v.

Dennis Contic, d/b/a D & S Sales           Defendant (s)

)
)
)
)
)
)
)
)
)
)

## SUMMONS

To the above-named Defendant:

You are hereby summoned and required to serve upon ..............................
Richard C. Van Nostrand, Esq. ................................. plaintiff's attorney,
whose address is Mirick O'Connell 1800 West Park Dr., Suite 400, Westborough, MA 01581-3926 .................................
an answer to the complaint which is herewith served upon you, within 20 days after
service of this summons upon you, exclusive of the day of service.  If you fail to do so,
judgement by default will be taken against you for the relief demanded in the complaint.
You are also required to file your answer to the complaint in the SUPERIOR COURT
Department of the Trial Court at WORCESTER either before service upon plaintiff's
attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13 (a), your answer must state as a counter-
claim any claim which you may have against the plaintiff which arises out of the
transaction of occurrence that is the subject matter of the plaintiff's claim or you will
thereafter be barred from making such claim in any other action.

Witness, Barbara J. Rouse, SUPERIOR COURT CCHIO, Esquire, at Worcester, the....19th..............
day of .....June...............................................in the year of our Lord two thousand   and
.......2012...............

**Clerk**

NOTES:
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption.
   If a separate summons is used for each defendant, each should be addressed to that particular defendant.

PLEASE CIRCLE TYPE OF ACTION INVOLVED: TORT — MOTOR VEHICLE TORT —
CONTRACT EQUITABLE RELIEF — CH. 93A — MEDICAL MALPRACTICE — OTHER.

NOTICE TO DEFENDANT: You need not appear personally in court to answer the complaint, but
if you claim to have a defense, either you or your attorney must serve a copy of your written
answer within 20 days as specified herein AND also file the original in the Clerk's Office, Superior
Court, Room 21.

**PROOF OF SERVICE OF PROCESS**

I hereby certify and return that on ....................................................................................................
20............., I served a copy of the within summons, together with a copy of the complaint in this action, upon the within-named defendant, in the following manner (See Mass. R. Civ. P.4(d) (1-5):

..........................................................................................................................................................

..........................................................................................................................................................

..........................................................................................................................................................

..........................................................................................................................................................

Dated: ............................................, 20.....................

**N.B. TO PROCESS SERVER:**

PLEASE PLACE DATE YOU MAKE SERVICE ON DEFENDANT IN THIS BOX
ON THE ORIGINAL AND ON COPY SERVED ON DEFENDANT.

| , 20 |
| --- |

COMMONWEALTH OF MASSACHUSETTS

Worcester, ss.

Superior Court
Civil Action

No.  12-1209C

...R&M Tool & Plastics, Inc....................Plaintiff

v.

Dennis Contic, d/b/a D & S Sales..........Defendant

SUMMONS

(Mass. R. Civ. P. 4)

Case 4:12-cv-40134   Document 1-2   Filed 10/01/12   Page 1 of 1

**CIVIL COVER SHEET**

JS 44   (Rev. 09/11)

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS**

F&M TOOL & PLASTICS, INC.

**(b)** County of Residence of First Listed Plaintiff   Worcester
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Richard C. Van Nostrand (#507900), Mirick, O'Connell, DeMallie & Lougee, LLP, 1800 West Park Dr., Suite 400, Westborough, MA 01581

**DEFENDANTS**

DENNIS CONTIC d/b/a D&S SALES

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*
Louis M. Ciavarra (#546481), Bowditch & Dewey, LLP, 311 Main St., P.O.Box 15156, Worcester, MA 01615-0156 (508) 926-3408

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

☐ 1  U.S. Government Plaintiff
☐ 2  U.S. Government Defendant
☐ 3  Federal Question *(U.S. Government Not a Party)*
☒ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☒ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☒ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Mgmt. Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☒ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Med. Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | ☐ 510 Motions to Vacate Sentence | | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | Habeas Corpus: | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee (Prisoner Petition) | | |
| | ☐ 448 Education | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

**V. ORIGIN** *(Place an "X" in One Box Only)*

☐ 1 Original Proceeding   ☒ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district *(specify)*   ☐ 6 Multidistrict Litigation

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Diversity
Brief description of cause:
Contract Dispute

**VII. REQUESTED IN COMPLAINT:**   ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23   DEMAND $   CHECK YES only if demanded in complaint:   JURY DEMAND: ☒ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY**   *(See instructions):*   JUDGE   DOCKET NUMBER

DATE
10/01/2012

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #        AMOUNT        APPLYING IFP        JUDGE        MAG. JUDGE

Case 4:12-cv-40134   Document 1-3   Filed 10/01/12   Page 1 of 1

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

1. Title of case (name of first party on each side only) F&M TOOL & PLASTICS, INC. V. DENNIS CONTIC d/b/a D&S SALES, INC.

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet.   (See local rule 40.1(a)(1)).

   [ ]   I.     410, 441, 470, 535, 830*, 891, 893, 895, R.23, REGARDLESS OF NATURE OF SUIT.

   [✓]   II.    110, 130, 140, 160, 190, 196, 230, 240, 290, 320, 362, 370, 371, 380, 430, 440, 442, 443, 445, 446, 448, 710, 720,
                 740, 790, 820*, 840*, 850, 870, 871.

   [ ]   III.   120, 150, 151, 152, 153, 195, 210, 220, 245, 310, 315,  330, 340, 345, 350, 355, 360, 365, 367, 368, 375, 385, 400,
                 422, 423, 450, 460, 462, 463, 465, 480, 490, 510, 530, 540, 550, 555,  625, 690, 751, 791, 861-865,  890, 896, 899,
                 950.

         *Also complete AO 120 or AO 121. for patent, trademark or copyright cases.

3. Title and number, if any, of related cases.  (See local rule 40.1(g)).  If more than one prior related case has been filed in this
   district please indicate the title and number of the first filed case in this court.

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?
                                                                    YES [ ]      NO [✓]

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest?   (See 28 USC
   §2403)
                                                                    YES [ ]      NO [✓]
   If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?
                                                                    YES [ ]      NO [ ]

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?
                                                                    YES [ ]      NO [✓]

7. Do all of the parties  in this action, excluding governmental agencies of the united states and the Commonwealth of
   Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).
                                                                    YES [ ]      NO [✓]

   A.   If yes, in which division do all of the non-governmental parties reside?

        Eastern Division  [ ]          Central Division  [ ]           Western Division  [ ]

   B.   If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies,
        residing in Massachusetts reside?

        Eastern Division  [ ]          Central Division  [✓]           Western Division  [ ]

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court?  (If yes,
   submit a separate sheet identifying the motions)
                                                                    YES [ ]      NO [✓]

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME LOUIS M. CIAVARRA (#546481)
ADDRESS BOWDITCH & DEWEY, LLP, 311 MAIN ST., P. O. BOX 15156, WORCESTER, MA 01615-0156
TELEPHONE NO. (508) 926-3408

(CategoryForm12-2011.wpd  - 12/2011)