# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| F&M TOOL &PLASTICS, INC., | : CIVIL ACTION NO. 4:12-cv-40134 |
| Plaintiff | : |
| | : |
| v. | : CIVIL ACTION - LAW |
| | : |
| DENNIS CONTIC d/b/a D&S SALES, | : Jury Trial Demanded |
| Defendant | : |

## MOTION OF DEFENDANT DENNIS CONTIC TO DISMISS

Defendant, Dennis Contic, by and through his undersigned counsel and the law firm of Boyle, Autry & Murphy, and pursuant to Rule 12(b)(2)(3) of the Federal Rules of Civil Procedure, files this motion to dismiss the Complaint filed against him. In support of his motion, Plaintiff relies upon his supporting brief, which is being filed contemporaneously with this motion.

**WHEREFORE,** the Defendant respectfully requests that the Court grant his motion to dismiss the case against him for the Court's lack of personal jurisdiction, or in the alternative, transfer this case to the United States District Court for the District of Maryland.

**RESPECTFULLY SUBMITTED,**

Date: November 8, 2012    By:    /s/ Devon M. Jacob
                                 **DEVON M. JACOB, ESQUIRE**
                                 **Pa. Sup. Ct. I.D. 89182**
                                 **Email:** dmjacob@dennisboylelaw.com

                                 **Boyle, Autry & Murphy**
                                 **4660 Trindle Road, Suite 200**
                                 **Camp Hill, PA 17011**
                                 **Telephone: (717) 737-2430**

                                 **Counsel for Defendant**

1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| F&M TOOL &PLASTICS, INC., | : CIVIL ACTION NO. 4:12-cv-40134 |
| Plaintiff | : |
| | : |
| v. | : CIVIL ACTION - LAW |
| | : |
| DENNIS CONTIC d/b/a D&S SALES, | : Jury Trial Demanded |
| Defendant | : |

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on November 8, 2012.

> Richard C. Van Nostrand, Esquire
> Mirick, O'Connell, DeMallie & Lougee, LLP

**Date: November 8, 2012**     **By:**     **/s/ Devon M. Jacob**
                                            **DEVON M. JACOB, ESQUIRE**