# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **F&M TOOL &PLASTICS, INC.,** | : CIVIL ACTION NO. 4:12-cv-40134 |
| **Plaintiff** | : |
| | : |
| **v.** | : CIVIL ACTION - LAW |
| | : |
| **DENNIS CONTIC d/b/a D&S SALES,** | : Jury Trial Demanded |
| **Defendant** | : |

## ORDER

**AND NOW,** this ____ day of _____, 2012, upon consideration of the Motion of the Defendant to Dismiss, it is **HEREBY ORDERED** that the motion is **GRANTED**.

                              **BY THE COURT:**

                              _____

                              **United States District Judge**