# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| F&M TOOL &PLASTICS, INC., | : CIVIL ACTION NO. 4:12-cv-40134 |
| Plaintiff | : |
| | : |
| v. | : CIVIL ACTION - LAW |
| | : |
| DENNIS CONTIC d/b/a D&S SALES, | : Jury Trial Demanded |
| Defendant | : |

## CERTIFICATE OF NONCONCURRENCE

I, Devon M. Jacob, Esquire, counsel for the Defendant, hereby certify that the Plaintiff does not concur in the filing of this motion.


Date: November 8, 2012          /s/Devon M. Jacob_____
                                DEVON M. JACOB, ESQUIRE