UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| F&M TOOL & PLASTICS, INC., <br> Plaintiff | : CIVIL ACTION NO. 4:12-cv-40134 <br> : <br> : |
| v. | : CIVIL ACTION - LAW <br> : |
| DENNIS CONTIC d/b/a D&S SALES, <br> Defendant | : Jury Trial Demanded <br> : |

### AFFIDAVIT OF DENNIS CONTIC

Dennis Contic, being duly sworn according to law, hereby deposes and states as follows:

1. I am the owner and president of D&S Sales, Inc., which on December 1, 1997, was incorporated in the Commonwealth of Pennsylvania.

2. For the past 14 years, D&S Sales, Inc.'s, main office has been located in the State of Maryland, where I have also resided for the past 14 years.

3. If I am forced to litigate this case in the Commonwealth of Massachusetts, it will be (and has already been) a significant financial hardship on both my company and me.

4. On October 25, 2006, F&M Tool & Plastic, Inc., operating through CEO Jeffrey Chizmas, sent me a contract (EXHIBIT A) to be an independent sales representative for F&M Tool & Plastic, Inc.

5. On October 30, 2006, I executed the contract (EXHIBIT A) with F&M Tool & Plastic, Inc.

6. The contract (EXHIBIT A) was executed in the State of Maryland.

7. F&M Tool & Plastic, Inc. drafted the contract (EXHIBIT A), which did not provide that I could be sued in the Commonwealth of Massachusetts.

8. At no time did F&M Tool & Plastic, Inc., or anyone in its employ, ever advise me that I could be sued in the Commonwealth of Massachusetts.

1

9. Moreover, I had no reason to believe that 1 could be sued in the Commonwealth of Massachusetts.

10. Had I known, 1 would have objected to the choice of venue, because unlike F&M Tool & Plastic, Inc., I am self-employed, with no other employees.

11. On April 24, 2007, Mr. Mike Nichols, the then National Sales manager for F&M Tool & Plastic, Inc., sent me a written amendment to the contract (EXHIBIT B).

12. Once again, the amendment was drafted by F&M Tool & Plastic, Inc., with no mention of the Commonwealth of Massachusetts as the venue for any legal dispute.

13. Likewise, F&M Tool & Plastic, Inc., never advised me that any dispute would need to be litigated in the Commonwealth of Massachusetts.

14. Once again, the amendment (EXHIBIT B) was executed in the State of Maryland.

15. When F&M Tool & Plastic, Inc., provided me with business cards that they wished for me to use while representing the company, F&M Tool & Plastic, Inc., held me out to the public as being headquartered in the State of Maryland only.

16. Specifically, F&M Tool & Plastic, Inc., placed my State of Maryland address and my State of Maryland telephone and fax numbers only on the card.

17. I always believed that since F&M Tool & Plastic, Inc., wanted to employ me as an independent sales representative, despite knowing that I reside in the State of Maryland and that my company is headquartered in the State of Maryland, F&M Tool & Plastic, Inc., was willing to conduct all significant business matters with me in the State of Maryland; especially since F&M Tool & Plastic, Inc., never communicated a different intent.

18. From 2006 to 2012, my business records indicate that I only ever visited F&M Tool & Plastic, Inc., in the Commonwealth of Massachusetts, one time in each of the years 2007, 2008, 2009, and 2010, and each visit for only a few days.

19. All administrative matters for D&S Sales, Inc., including the receipt of mail and telephone calls, were (and are) conducted in the State of Maryland.

20. Neither D&S Sales, Inc. nor I have ever had a bank account in the Commonwealth of Massachusetts and have never cashed a check in the Commonwealth of Massachusetts; rather, D&S Sales, Inc., and I have bank accounts in the State of Maryland.

21. I do not pay any personal or corporate taxes to the Commonwealth of Massachusetts; rather, I pay taxes to the Commonwealth of Pennsylvania (where my company is incorporated) and to the State of Maryland (where I reside and conduct business).

22. I have never had a driver's license in the Commonwealth of Massachusetts or any other form of identification that identifies my company or me as being residents of the Commonwealth of Massachusetts; rather, I have a driver's license in the State of Maryland.

23. I have neither lived nor had an office in the Commonwealth of Massachusetts; rather, I have a residence and office in the State of Maryland.

24. The foregoing is based upon my personal knowledge and I am competent to testify to the foregoing matters and will so testify at the trial of this matter if necessary.

25. Further, I sayeth not.

*[signature]*
**DENNIS CONTIC**

Sworn to and subscribed to before me on the _2nd_ day of January, 2013.

*[signature]*
Notary Public

My Commission Expires:
*April 25, 2016*

MARILYN L EXLEY
Notary Public-Maryland
Worcester County
Commission Expires
April 25, 2016

3

# F & M TOOL & PLASTICS, INC.
62 Lakeview Street, Leominster, MA 01453  Tel. (978) 840-1897  Fax (978) 840-9578
e-mail address: info@fmtool.com        Tel. 800-883-1673

October 25, 2006

Mr. _____

Dear Mr. _____

This is to confirm appointing your organization ___D & S SALES___
to represent F&M Tool and Plastics, Inc. to the list of accounts attached (with Petwares plus and other appropriate products). This agreement is effective November 1, 2006.

Your firm will receive commissions for purchases of merchandise by the accounts listed on orders submitted from your assigned account list, within your areas of responsibility. Commissions will be paid by the 15th of the month, following the month that payment was received in full from the customer. Copies of invoices and incoming orders for the products represented by you will be supplied to your firm on a regular basis.

Commissions will be paid on "Net Sales". Net sales are determined as; less freight, deductions, credit for damages, ad allowances and other deductions. The commission rate of 5% of Net Sales sold at authorized prices will be paid on orders shipped as of August 1, 2006 through August 1, 2007 unless specific sell-in accommodations are agreed to, such as reduced commissions. You agree to provide all account contact and schedule information and "best efforts" to settle disputes and aid in collection of receivables as needed.

Please sign and return a copy to our office. Samples and catalogs will be sent to your organization.

It is a pleasure to welcome you and your organization to our team, and we look forward to building a long-lasting and mutually profitable relationship for both our firms.

Sincerely yours,                                    Name and title

                                                    _[signature] D M Conte_

Jeffrey Chizmas

CEO                                                 Date __10/30/06__

---

| Post-it® Fax Note 7671 | Date 10/30/06 | # of pages 1 |
|---|---|---|
| To MIKE NICHOLS | From DENNY CONTE | |
| Co./Dept. F & M TOOL | Co. D & S SALES | |
| Phone # | Phone # 410-208-3100 | |
| Fax # | Fax # 410-208-3101 | |

Received Fax :         Jun 15 2012 8:50AM    Fax Station :    Boyle, Autry & Murphy              p. 1

06/15/2012  10:25    4102083101              D S:S ALES                              PAGE  01



Innovative Products, Resourceful Solutions

JUN 1 5 2012

April 24, 2007

To Denny Contic
D&S Sales

Denny,

This letter is to record that you will be selling Smartware Products to major national chains of retailers to include Wal-Mart, Home Depot, Lowe's, and other home improvement and landscaping stores as appropriate for the line. Commissions of 5% will be paid according to terms in the Petwares Plus contract.

Sincerely,

Mike Nichols
Partner

| Post-It® Fax Note | 7671 | Date 6/15/12 | # of pages ▶ 1 |
|---|---|---|---|
| To DEVON JACOB | | From DENNY CONTIC | |
| Co./Dept. BOYLE, AUTRY, MURPHY | | Co. D&S SALE INC | |
| Phone # | | Phone # 410-251-6728 | |
| Fax # 717-737-2452 | | Fax # 410-208-3101 | |

62 Lakeview Street * Leominster MA 01453
800-883-1673    fax 978-840-9578
ph 978-840-1897 x 309  MNichols@FMTool.com  cell 978-580-0970
www.SmartwareProducts.com