# F & M TOOL & PLASTICS, INC.

62 Lakeview Street, Leominster, MA 01453 Tel. (978) 840-1897 Fax (978) 840-9578
e-mail address: info@fmtool.com          Tel. 800-883-1673

October 25, 2006

Mr. _____

Dear Mr. _____

This is to confirm appointing your organization **D & S Sales**
to represent F&M Tool and Plastics, Inc. to the list of accounts attached (with Petwares plus and other appropriate products). This agreement is effective November 1, 2006.

Your firm will receive commissions for purchases of merchandise by the accounts listed on orders submitted from your assigned account list, within your areas of responsibility. Commissions will be paid by the 15th of the month, following the month that payment was received in full from the customer. Copies of invoices and incoming orders for the products represented by you will be supplied to your firm on a regular basis.

Commissions will be paid on "Net Sales". Net sales are determined as; less freight, deductions, credit for damages, ad allowances and other deductions. The commission rate of 5% of Net Sales sold at authorized prices will be paid on orders shipped as of August 1, 2006 through August 1, 2007 unless specific sell-in accommodations are agreed to, such as reduced commissions. You agree to provide all account contact and schedule information and "best efforts" to settle disputes and aid in collection of receivables as needed.

Please sign and return a copy to our office. Samples and catalogs will be sent to your organization.

It is a pleasure to welcome you and your organization to our team, and we look forward to building a long-lasting and mutually profitable relationship for both our firms.

Sincerely yours,                                              Name and title

                                                              *Dennis M Conte* (signature)

Jeffrey Chizmas

CEO                                                           Date __10/30/06__

| Post-it® Fax Note 7671 | Date 10/30/06 | # of pages ▶ 1 |
|---|---|---|
| To Mike Nichols | From Denny Conte | |
| Co./Dept. F & M Tool | Co. D & S Sales | |
| Phone # | Phone # 410-208-3100 | |
| Fax # | Fax # 410-208-3101 | |