

**Innovative Products, Resourceful Solutions**

JUN 1 5 2012

April 24, 2007

To Denny Contic
D&S Sales

Denny,

This letter is to record that you will be selling Smartware Products to major national chains of retailers to include Wal-Mart, Home Depot, Lowe's, and other home improvement and landscaping stores as appropriate for the line. Commissions of 5% will be paid according to terms in the Petwares Plus contract.

Sincerely,

Mike Nichols
Partner

| Post-It® Fax Note | 7671 | Date 6/15/12 | # of pages ▶ 1 |
|---|---|---|---|
| To DEVON JACOB | | From DENNY CONTIC | |
| Co./Dept. BOYLE, AUTRY, MURPHY | | Co. D+S SALE INC | |
| Phone # | | Phone # 410-251-6728 | |
| Fax # 717-737-2452 | | Fax # 410-208-3101 | |

62 Lakeview Street * Leominster MA 01453
800-883-1673    fax 978-840-9578
ph 978-840-1897 x 309  MNichols@FMTool.com  cell 978-580-0970
www.SmartwareProducts.com