UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| F&M TOOL & PLASTICS, INC.,<br><br>    Plaintiff/Defendant-in-Counterclaim<br><br>V.<br><br>DENNIS CONTIC, d/b/a D & S Sales, D & S SALES, INC.,<br><br>    Defendants/Plaintiffs-in-Counterclaim<br><br>V.<br><br>MARK A. GASBARRO,<br><br>    Third-Party Defendant | CIVIL ACTION NO. 4:12-cv-40134-TSH |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties stipulate that this action, including all claims, counterclaims and third-party claims, may be dismissed with prejudice, with all costs and rights of appeal waived.

{Practice Areas/LIT/23862/00004/A2389246.DOC}

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| F&M TOOL & PLASTICS, INC.<br>and<br>MARK A. GASBARRO | DENNIS CONTIC, d/b/a D & S SALES, and<br>D & S SALES, INC., |
| By their attorneys, | By their attorneys, |
| /s/ Richard C. Van Nostrand<br>Richard C. Van Nostrand, Esq., BBO #507900<br>Courtney Cruz, Esq., BBO # 672062<br>Mirick, O'Connell, DeMallie & Lougee, LLP<br>1800 West Park Drive, Suite 400<br>Westborough, MA  01581-3926<br>Phone: (508) 898-1501<br>Fax:    (508) 898-1502<br>Email: rvannostrand@mirickoconnell.com<br>            ccruz@mirickoconnell.com | /s/ Louis M. Ciavarra<br>Louis M. Ciavarra, Esq., BBO #546481<br>Bowditch & Dewey, LLP<br>311 Main Street, P.O. Box 15156<br>Worcester, MA  01615-0156<br>Phone: (508) 926-3408<br>Fax:    (508) 929-3011<br>Email: lciavarra@bowditch.com |

Dated:  December 3, 2013

CERTIFICATE OF SERVICE

I, Richard C. Van Nostrand, hereby certify that this document(s), filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants by U.S. first-class mail.

/s/ Richard C. Van Nostrand
Richard C. Van Nostrand, Esq.

Dated:  December 3, 2013